**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR58 |
| vs. | ) | ORDER |
| ROBERT JUNIOR HOSKIN, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on the motions for a continuance of the competency hearing by defendant Robert Junior Hoskin, Jr. (Filing No. 46) and by the government (Filing No. 45). Upon consideration, the motions will be granted.

**IT IS ORDERED:**

The hearing on the motion to determine competency (Filing No. 29) is **continued to 10:00 a.m. on June 28, 2012**, before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present for the hearing.

DATED this 24th day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge